November 22, 1954.

No. 351. Louisiana Public Service Commission et al. *v.* United States et al. Appeal from the United States District Court for the Eastern District of Louisiana. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Fred S. LeBlanc,* Attorney General of Louisiana, *Joel B. Dickinson,* Assistant Attorney General, and *Robert A. Ainsworth, Jr.* for the Louisiana Public Service Commission, and *Louis A. Schwartz* for the New Orleans Traffic & Transportation Bureau et al., appellants. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Harry McCall, William E. Davis, A. J. Dixon, Harold E. Spencer* and *Y. D. Lott* for the Arkansas & Louisiana Railway Co. et al., appellees.

No. 286, Misc. McVeigh *v.* Florida. Appeal from the Supreme Court of Florida. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Zach H. Douglas* for appellant.